FILED

09/01/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0250

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0250

_____

TERRI GREENE,

     Plaintiff and Appellant,

v.                                     O R D E R

GREGORY S. McDOWELL, MD,

     Defendants and Appellee.

_____

Pursuant to M. R. App. Civ. P. 26, Appellant is hereby granted up to and including October 3, 2022, in which to file her opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 1 2022